IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| JACOB HIRNING, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION |
| vs. ) | |
| ) | Case No. 1:24-CV-00977 |
| ONEIDA SQUARE LIMITED LIABILITY COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, JACOB HIRNING, and Defendant, ONEIDA SQUARE LIMITED LIABILITY COMPANY, by and through undersigned counsel and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of Defendant and this entire Action with prejudice. Each party bears their own fees and costs.

Respectfully submitted this 11th day of July, 2024.

Law Offices of
THE SCHAPIRO LAW GROUP, P.L.

/s/ *Douglas S. Schapiro*_____
Douglas S. Schapiro, Esq.
State Bar No. 54538FL
The Schapiro Law Group, P.L.
7301-A W. Palmetto Park Rd., #100A
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

Attorney for Plaintiff

>*/s/*   Serena L. Hendon
>Serena L. Hendon, Esq.
>Montgomery Little & Soran, P.C.
>5445 DTC Parkway, Suite 800
>Greenwood Village, CO  80111
>(303) 773-8100
>Email – shendon@montgomerylittle.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 11th day of July, 2024, we electronically filed the forgoing with the Clerk of the Court by using the CM/ECF system.

>/s/  Douglas S. Schapiro
>Douglas S. Schapiro
>State Bar No. 54538FL